UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES ex rel            No. 05-CV-759 (DSD/SRN)

Neil P. Thompson, et al.,

       Plaintiffs,

**ORDER**

   v.

Walgreen Co.,

       Defendant.

---

      Robert P. Christensen, Robert P. Christensen, P.A., 670 Park Place East, 5775 Wayzata Blvd., St. Louis Park, Minnesota 55416; Brian Wojtalewicz, Wojtalewicz Law Firm, Ltd., 139 North Miles, Box 123, Appleton, Minnesota 56208; James G. Vander Linden, LeVander & Vander Linden, P.A., 670 Park Place East, 5775 Wayzata Blvd., St. Louis Park, Minnesota 55416, for Plaintiffs

      Melissa M. Thompson, Fulbright & Jaworski, L.L.P., 801 Pennsylvania Ave. NW, Washington, DC 20004; Kelly A. Moffit, Fulbright & Jaworski, L.L.P., 2100 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, for Defendant.

---

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' Motion for Attorneys' Fees and Costs (Doc. No. 50) is **GRANTED** in part and **DENIED** in part, consistent with the Report & Recommendation.


Dated: May 18, 2009

                                                   s/David S. Doty
                                                   DAVID S. DOTY
                                                   United States District Judge